HENRY CARVILL, Appellant, *v.* MIRROR FILMS, INCORPORATED, Respondent.

*Carvill* v. *Mirror Films, Inc.,* 178 App. Div. 644, affirmed.
(Argued May 1, 1919; decided May 20, 1919.)

APPEAL, by permission, from a judgment entered August 30, 1917, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed a determination of the Appellate Term reversing a judgment of the Municipal Court of the city of New York in favor of defendant and directed reinstatement of said Municipal Court judgment. Defendant employed plaintiff for one year commencing January first. He worked for three weeks and was discharged. Thereafter he assigned that part of his damages accruing up to March sixth, reserving to himself the balance. The assignee sued and recovered the part of the damages assigned. Plaintiff brought this action to recover damages for the remainder of the term. The Appellate Division held that the first action having been brought in the Municipal Court which had no equitable jurisdiction, the present action was barred by the judgment therein.

· *Paul N. Turner* for appellant.

No appearance for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN, CRANE and ANDREWS, JJ.